FILED

NOV 10 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. **1:26CR00144-SRC-ACL** |
| | ) | |
| DUANE DENNIS BROWN, | ) | Title 18 |
| | ) | United States Code |
| Defendant. | ) | Sections 751 and 4082 |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about October 21, 2026, in Scott County and in Butler County, in the Eastern District of Missouri, the defendant, **DUANE DENNIS BROWN,** did willfully and knowingly escape from custody in the Cydkam Center Halfway House, an institutional facility in which he was lawfully confined at the direction of the Attorney General and the Bureau of Prisons by virtue of a judgment and commitment of the United States District Court for the Eastern District of Missouri, Southeastern Division, upon conviction for the commission of the offense of Convicted Felon in Possession of a Firearm, in that he willfully and knowingly left custody without authorization, in violation of Title 18, United States Code, Sections 751 and 4082.

A TRUE BILL.

______________________________
FOREPERSON

THOMAS C. ALBUS
UNITED STATES ATTORNEY

______________________________
PAUL W. HAHN, #33190MO
ASSISTANT UNITED STATES ATTORNEY